UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                   :
VERONICA MADDY,                                    :
                              Plaintiff,           :            22 Civ. 5244 (LGS)
                                                   :
            -against-                              :            ORDER
                                                   :
BOSCOVS DEPARTMENT STORE, LLC                      :
                              Defendant.           :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated August 18, 2022, required the parties to file a proposed case

management plan and joint letter by September 16, 2022.

WHEREAS, the initial pretrial conference is currently scheduled for September 28, 2022,

at 4:10 p.m.

WHEREAS, the parties have not filed the required materials. It is hereby

**ORDERED** that, by **September 21**, at **noon**, the parties shall file the required materials.

Dated: September 19, 2022
       New York, New York

                                          LORNA G. SCHOFIELD
                                          UNITED STATES DISTRICT JUDGE