UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
VERONICA MADDY,
                                  Plaintiff,        22 Civ. 5244 (LGS)

            -against-                    ORDER

BOSCOV'S DEPARTMENT STORE, LLC,
                                  Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, the Civil Case Management Plan and Scheduling Order, issued September 22, 2022, required the parties to file a joint status letter, as outlined in Individual Rule IV.A.2.

       WHEREAS, no such letter was filed.  It is hereby

       **ORDERED** that the parties shall file the required letter as soon as possible, and no later than **November 29, 2022.**

Dated: November 23, 2022
       New York, New York

                                                  LORNA G. SCHOFIELD
                                         UNITED STATES DISTRICT JUDGE