UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
VERONICA MADDY, Individually and on behalf of all others similarly situated,

                     Plaintiffs,

   -against-

BOSCOV'S DEPARTMENT STORE, LLC

                     Defendant.
------------------------------------------------------------------X

Case No. 22-cv-5244

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of record for the respective parties in the above-captioned action, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all the claims asserted or that could have been asserted in the above-captioned action against defendant are hereby voluntarily dismissed with prejudice and without costs.

Dated: May 11, 2023

New York, New York

MARS KHAIMOV LAW, PLLC

By: _____
Mars Khaimov, Esq.
10826 64th Avenue, Ste 2nd Floor
Forest Hills, New York 11375
(917) 915-7415
mars@khaimovlaw.com
*Attorneys for Plaintiff*

ARENTFOX SCHIFF LLP

By: _____
Sara T. Schneider, Esq.
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013
213.988.6678
sara.schneider@afslaw.com
*Attorneys for Defendant*

So Ordered.

Dated: May 25, 2023
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

4895-5040-3388.1